COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

Dear Abel Acosta,                    February 7, 2015
      (CCA).

25,679-15

RE: In this matter WR-25,697-15. I received notification regarding a MOTION FOR REHEARING, denied by the Court.

My problem is I have NEVER filed a MOTION FOR REHEARING. Because as I understand it, that under the current Mandamus or any 11.07 Application for Writ of Habeas Corpus a MOTION FOR REHEARING pursuant 213, TEX. R. App. Proc. (NOT HEARD) I filed as I entitled the "MOTION FOR SUGGESTION And Reconsideration". With appended thereto. Certified copies of supported Records and Affidavits.

Please review this Legal matter and bring this missive to the attention of the Court's Justices.

Please inform me of any decision reach by the Court.

I truly appreciate your consideration... THANK YOU...
My GOD bless you, your Family and Friends.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 12 2015

Abel Acosta, Clerk

Sincerely
Arthur Lowe
ARTHUR LOWE #669750
HUGHES UNIT.
RT. 2. BOX 4400
GATESVILLE, TEXAS
76597